JS-6 / **ENTERED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MORENO, | Case No. CV 11-1109 JPR |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

   IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and the above-captioned action is dismissed with prejudice.

DATED: December 22, 2011

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE